**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **CRYSTAL PAGE and JACQUELINE SWINT,** | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **CIVIL ACTION NO. 2:22-cv-00032-LGW-BWC** |
| **GLOBAL EMPIRE, LLC, GLOBAL HEALTHCARE GROUP and NOOR, INC. CORPORATION** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**MOTION TO SET ASIDE ENTRY OF DEFAULT**

Defendants Global Empire, LLC ("Global Empire"), Global Healthcare Group ("Global Healthcare") and Noor, Inc. ("Noor") (collectively "Defendants"), by counsel, submit this motion to set aside the clerk's entry of default pursuant to Federal Rule of Civil Procedure 55(c).

Fed. R. Civ. P. 55(c) provides that the Court may set aside an entry of default for good cause. In this case, Defendants were only recently served and respectfully request that this Court set aside the clerk's entry of default.

Plaintiffs filed this lawsuit on March 30, 2022. (*See* Doc. #1). Plaintiffs attempted to serve Defendants in Georgia but did not identify the appropriate entity

name in Georgia.[1] (*See* Doc. #14; Transcript of Hearing before Judge Lisa Godey Wood on November 20, 2023, attached as Ex. A). Through no fault of its own, Defendants were not aware of the lawsuit until very recently (December 4, 2023) and did not have an opportunity to respond to the Complaint.

Unable to serve Defendants, Plaintiffs moved for an Entry of Default on October 11, 2022. (See. Doc. #14). The Clerk entered an Entry of Default the same day. (*See* Doc. 15). One year later, Plaintiffs filed a Motion for Default Judgment on October 27, 2023. (*See* Doc. 28). This Court held a Hearing on Plaintiffs' Motion on November 20, 2023 but did not enter a default judgment. During that hearing, the Court identified through a Google search that the Defendants' addresses were in Harrisburg, Pennsylvania – an address that had not yet been served with the Complaint. (*See* Ex. A). The Court ordered that Plaintiffs serve Defendants at the Harrisburg, Pennsylvania address. (*See* Ex. A). Plaintiffs successfully served Defendants at the Harrisburg, Pennsylvania address on December 4, 2023, and Defendants have timely responded to Plaintiffs' Complaint. As a consequence, Defendants move for an Order setting aside the Clerk's Entry of Default.

---

[1] There are several entities in Georgia that have the name Global Empire in their names. Defendant Global Empire, LLC is registered as Global Empire GE, LLC. Defendants Global Healthcare Group and Noor, Inc. do not operate as their own entities in the state of Georgia.

Because the initial service attempts were insufficient, good cause exists to set aside the entry of default. *See Thomas v. Bank of Am., N.A.*, 557 F. App'x 873, 875 (11th Cir. 2014) ("Where a plaintiff's service of process is insufficient, a court may have good cause to set aside an entry of default because the court lacked personal jurisdiction over the defendant and, as a result, had no power to render judgment against it.")

Defendants' counsel conferred with Plaintiffs' counsel to obtain their consent to this motion. After multiple back and forth communications, Plaintiffs' counsel has stated that they need more information regarding service before they can agree to a motion to set aside default entry. Should Plaintiffs consent, the parties will submit a consent proposed order for the Court's consideration.

WHEREFORE, for the foregoing reasons, Defendants Global Empire, LLC, Global Healthcare Group and Noor, Inc. respectfully request that this Honorable Court GRANT their Motion to Set Aside the Entry of Default entered by the Clerk on October 11, 2022.

Respectfully submitted this 8th day of January, 2024.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*<u>/s/ Chase C. Lyndale</u>*
Chase C. Lyndale
Georgia Bar No. 183762
Paul R. Barsness *(PHV application forthcoming)*

Georgia Bar No. 597107
Promenade Tower, 20th Floor
1230 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (404) 868-2100
Email: clyndale@bradley.com
pbarsness@bradley.com

*/s/ Neal Shah*
Neal Shah (PHV Application Forthcoming)
Ohio Bar No. 0082672
Jessica T.S. Sexton (PHV Application Forthcoming)
Ohio Bar No. 0097763
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (Telephone)
(513) 651-6981 (Facsimile)
nshah@fbtlaw.com
jsexton@fbtlaw.com

*Counsel for Defendants Global Empire, LLC, Global Healthcare Group, and Noor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION TO SET ASIDE ENTRY OF DEFAULT** upon all counsel of record in this matter by sending a copy via electronic mail to counsel for Plaintiffs.

This 8th day of January, 2024.

*/s/ Chase C. Lyndale*
Chase C. Lyndale