IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CRYSTAL PAGE, and JACQUELINE SWINT, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:22-cv-32 |
| v. | |
| GLOBAL EMPIRE, LLC, GLOBAL HEALTHCARE GROUP, and NOOR, INC., | |
| Defendants. | |

**O R D E R**

The Court conducted a telephonic status conference on November 8, 2024. Doc. 90. The parties explained they are working with the Bureau of Prisons ("BOP") to complete ongoing third-party discovery and anticipate serving more subpoenas on the BOP for additional information. Id. at 1. The parties also explain there is an ongoing parallel Equal Employment Opportunity Commission ("EEOC") claim concerning the subject matter of this case. The deadlines for the EEOC claim have been suspended, as the parties have agreed to mediate that case. Id. at 2. The Court **ORDERS** the parties to file a joint status report in this case on November 18, 2024. In the status report, the parties should include: (1) a statement about the progress of third-party discovery in this case directed at the BOP and any outstanding issues; (2) a statement on the discovery plan for remaining discovery in this case, including the need for written discovery and the time needed to complete necessary depositions; and (3) the parties' position on administratively closing this case pending either mediation of the EEOC claim or

complete resolution of the EEOC claim.  The Court **ORDERS** the parties to attend a telephonic status conference on Friday, November 22, 2024.

    **SO ORDERED**, this 14th day of November, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA