# In the United States District Court for the Southern District of Georgia Brunswick Division

CRYSTAL PAGE and
JACQUELINE SWINT,

    Plaintiffs,

v.

GLOBAL EMPIRE, LLC; GLOBAL
HEALTHCARE GROUP; and NOOR,
INC.,

    Defendant.

CV 222-032

## ORDER

The parties filed a joint status report on March 18, 2026, informing the Court that they are awaiting a summary judgment decision by the EEOC administrative law judge. Dkt. No. 99. Since the outcome of the EEOC proceedings is likely to impact the parties' positions in this case, the parties request the stay of this case be continued at this time. The stay will be continued. The parties are hereby **ORDERED** to file a status report within ninety days of the date of this Order, or within thirty days of the EEOC's summary judgment decision, whichever is sooner.

**SO ORDERED**, this 23 day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA